IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00551-MSK-KLM

VALERIE BREZALL,

       Plaintiff,

v.

WESTMINSTER SCHOOL DISTRICT NO. 50;
ANDY MOORE, in his Official and Individual capacities; and
PAMELA SWANSON, in her Official and Individual capacities,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss With Prejudice (**#13**) filed April 20, 2009.  The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 20th day of April, 2009.

                                  **BY THE COURT:**

                                  */s/ Marcia S. Krieger*

                                  Marcia S. Krieger
                                  United States District Judge